**Fill in this information to identify the case:**

Debtor name  **Blast Fitness Group, LLC**

United States Bankruptcy Court for the:  DISTRICT OF MASSACHUSETTS, BOSTON DIVISION

Case number (if known)  **16-10236**

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G).**

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Bank Of America** | **Checking account** | **9172** | **$-931.84** |
| 3.2. | **Bank Of America** | **Checking** | **7429** | **$0.00** |
| 3.3. | **Bank Of America** | **Checking** | **0611** | **$0.00** |
| 3.4. | **Bank Of America** | **Checking** | **4342** | **$-28.00** |
| 3.5. | **Northern Bank & Trust Co.** | **Checking** | **6600** | **$0.00** |
| 3.6. | **Bank Of America** | **Checking** | **8921** | **$0.00** |
| 3.7. | **Bank Of America** | **Checking** | **5675** | **$0.00** |

Debtor    **Blast Fitness Group, LLC**                           Case number *(If known)* **16-10236**
             Name

| | | | |
|---|---|---|---|
| 3.8.. **Associated Bank** | **Checking** | **7403** | **$0.00** |
| 3.9. **Bank Of America** | **Checking** | **4912** | **$0.00** |
| 3.10 .. **Bank Of America** | **Checking** | **4912** | **$0.00** |
| 3.11 .. **Bank of America** | **Checking** | **4912** | **$0.00** |
| 3.12 .. **ABC Financial. Represents revenues earned by Debtor and currently being held at ABC Financial (billing company) awaiting direction for disbursement.** | | | **$29,000.00** |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**
         Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.        | **$28,040.16** |

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**
         Description, including name of holder of deposit

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
         Description, including name of holder of prepayment

| | |
|---|---|
| 8.1.. **Utility Deposit: CernterPoint Energy - #9529341-1** | **$5,860.00** |
| 8.2.. **Utility deposit: Nicor Gas** | **$1,030.00** |
| 8.3.. **Utility deposit: City of Houston** | **$5,050.00** |
| 8.4.. **Utility deposit: APS - 257767284** | **$1,770.00** |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 2

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor    **Blast Fitness Group, LLC**                                Case number *(If known)*  **16-10236**
_____
Name

9.    **Total of Part 2.**                                                                            | $13,710.00 |

Add lines 7 through 8. Copy the total to line 81.

---

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

---

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity: | % of ownership | |
| 15.1.. | **Blast Fitness Group Personal Training LLC** | 100.00 % | $0.00 |
| 15.2.. | **Blast Fitness Schaumburg, LLC** | 100.00 % | $0.00 |
| 15.3.. | **Blast Fitness Lawrence, LLC** | 100.00 % | $0.00 |
| 15.4.. | **Blast Fitness Acquisition, LLC** | 100.00 % | $0.00 |
| 15.5.. | **Blast Fitness St Paul, LLC** | 100.00 % | $0.00 |
| 15.6.. | **Blast Fitness Jefferson LLC** | 100.00 % | $0.00 |
| 15.7.. | **BFG Contracting LLC** | 100.00 % | $0.00 |
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | |

17.    **Total of Part 4.**                                                                            | $0.00 |

Add lines 14 through 16.  Copy the total to line 83.

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 3

| Debtor | **Blast Fitness Group, LLC** | Case number *(If known)* | **16-10236** |
|---|---|---|---|
| | Name | | |

### Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** **Gym equipment left at Jefferson, MO Club, consisting of various pieces of cardio equipment.** | | $259,000.00 | Book Value | $259,000.00 |

23. **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

| $259,000.00 |
|---|

24. **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.
☐ Yes Fill in the information below.

### Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes Fill in the information below.

### Part 9: Real property

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 4

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor    **Blast Fitness Group, LLC**          Case number *(If known)*  **16-10236**
        <sub>Name</sub>

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** **Pending litigation against PF Port, LLC, ABC Financial Services, and David Laird** | **$48,377.00** | | **$0.00** |
| **Counterclaim against Nathan Telow for, inter alia, usurpation of corporate opportunities** | **$0.00** | | **unknown** |
| 65. **Goodwill** | | | |

66.    **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| **$0.00** |
|---|

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71.    **Notes receivable**
Description (include name of obligor)

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor    **Blast Fitness Group, LLC**                                    Case number *(If known)*  **16-10236**

    Name

| | | | | |
|---|---|---|---|---|
| **TQ Wellness owes 35% of revenue arising from the sale of memberhsip list. The Debtor is unaware of the amount due.** | **0.00** Total face amount | - | **0.00** doubtful or uncollectible amount | = |
| | | | | **$0.00** |

| | | | | |
|---|---|---|---|---|
| **Funds due from  P.C Fitness, LLC as a result of the sale of membership list** | **2,500.00** Total face amount | - | **0.00** doubtful or uncollectible amount | = |
| | | | | **$2,500.00** |

| | | | | |
|---|---|---|---|---|
| **Funds due from  Buff Fit, LLC (Buffalo) as a result of the sale of membership list** | **1,500.00** Total face amount | - | **0.00** doubtful or uncollectible amount | = |
| | | | | **$1,500.00** |

72.    **Tax refunds and unused net operating losses (NOLs)**
        Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**

        Add lines 71 through 77. Copy the total to line 90.

                                                        **$4,000.00**

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor    **Blast Fitness Group, LLC**                               Case number *(If known)*  **16-10236**
Name

---

<span style="background:black;color:white">**Part 12:**</span>    **Summary**

---

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $28,040.16 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $13,710.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $259,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*..............................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $4,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $304,750.16 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $304,750.16 |

---

**Fill in this information to identify the case:**

Debtor name      **Blast Fitness Group, LLC**

United States Bankruptcy Court for the:      DISTRICT OF MASSACHUSETTS, BOSTON DIVISION

Case number (if known)      **16-10236**

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                      12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name        **Blast Fitness Group, LLC**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS, BOSTON DIVISION

Case number (if known)   **16-10236**

☐ Check if this is an
   amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:     List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with
    priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Bexar County Tax Assessor**<br><br>**PO Box 839950**<br>**San Antonio, TX 78283-3950** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $9,923.00 | $9,923.00 |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim:<br>11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |
| **2.2** | Priority creditor's name and mailing address<br>**City of Houston Tax Assessor**<br><br>**PO Box 4622**<br>**Houston, TX 77210-4622** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $18,100.00 | $18,100.00 |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim:<br>11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

| Debtor | **Blast Fitness Group, LLC** | Case number (if known) | **16-10236** |
|---|---|---|---|
| | Name | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,027.00 | $11,027.00 |
|---|---|---|---|---|

**City of Mesquite Tax Office**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

PO Box 850267
Mesquite, TX 75185-0267

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

**Last 4 digits of account number**
**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,521.00 | $11,521.00 |
|---|---|---|---|---|

**City of Saint Louis**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

PO Box 78158
Saint Louis, MO 63178-8158

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

**Last 4 digits of account number**
**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,692.00 | $1,692.00 |
|---|---|---|---|---|

**Collector of Revenue**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

1200 Market St Rm 410
Saint Louis, MO 63103-2807

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

**Last 4 digits of account number**
**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,020.00 | $9,020.00 |
|---|---|---|---|---|

**Cranston Tax Collector**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

PO Box 1177
Providence, RI 02901-1177

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

**Last 4 digits of account number**
**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| Debtor | **Blast Fitness Group, LLC** | Case number (if known) | **16-10236** |
|---|---|---|---|
| | Name | | |

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $24,954.00 | $24,954.00 |
|---|---|---|---|---|

**Dallas County Tax**

**500 Elm St Ofc**
**Dallas, TX 75202-3304**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number
**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,319.00 | $1,319.00 |
|---|---|---|---|---|

**Erie County Water Authority**

**PO Box 5148**
**Buffalo, NY 14240-5148**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number
**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,010.00 | $15,010.00 |
|---|---|---|---|---|

**Franchise Tax Board**

**PO Box 942857**
**Sacramento, CA 94257-0001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number
**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,236.00 | $1,236.00 |
|---|---|---|---|---|

**Fresno County Tax Collector**

**PO Box 1192**
**Fresno, CA 93715-1192**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number
**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

**Is the claim subject to offset?**
■ No
☐ Yes

---

| Debtor | **Blast Fitness Group, LLC** | Case number (if known) | **16-10236** |
|---|---|---|---|

Name

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,605.00 | $13,605.00 |
|---|---|---|---|---|

**Harris County**
**c/o Linebarger, Googan Blair**
**Sampson**
**PO Box 3064**
**Houston, TX 77253-3064**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,829.00 | $16,829.00 |
|---|---|---|---|---|

**Middlebury Tax Collector**

**1212 Whittemore Rd**
**Middlebury, CT 06762-2425**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,971.00 | $1,971.00 |
|---|---|---|---|---|

**Naperville Finance Dept**

**400 S Eagle St**
**Naperville, IL 60540-5279**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,510.00 | $5,510.00 |
|---|---|---|---|---|

**Town of West Hartford**

**PO Box 411**
**New Britain, CT 06050-0411**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:** **List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **Blast Fitness Group, LLC** | Case number (if known) | **16-10236** |
|---|---|---|---|
| | Name | | |

---

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$135.00** |

**Alarm Specialities & Protection**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**46W485 Oak Grove Dr**
**Hampshire, IL 60140-9421**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Last 4 digits of account number _____

---

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$12,668.00** |

**Architekton, Inc**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**464 S Farmer Ave Ste 101**
**Tempe, AZ 85281-2859**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Last 4 digits of account number _____

---

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,611.00** |

**Axxess Heating & Air Conditioning, Inc.**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**PO Box 34855**
**Chicago, IL 60634-0855**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Last 4 digits of account number _____

---

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$484,870.00** |

**Bally Total Fitness Corporation /Bally's**
**C/o Earl Acquaviva,**
**11400 Marvon Rd**
**Kingsville, MD 21087-1349**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Last 4 digits of account number _____

---

| Debtor | **Blast Fitness Group, LLC** | Case number (if known) | **16-10236** |
|---|---|---|---|

Name

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,000.00** |

**Bank of America**

**PO Box 25118**
**Tampa, FL 33622-5118**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **unknown** |

**Bank of America**

**PO Box 25118**
**Tampa, FL 33622-5118**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$324,397.00** |

**BRE Retail Residual Owner 6, LLC**
**c/o Stinson Leonard Street LLP,**
**150 S 5th St Ste 2300**
**Minneapolis, MN 55402-4223**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Judgment**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$397,374.00** |

**Burgess/Smith & Wathen LLC**
**Dept. 34575,**
**PO Box 39000**
**San Francisco, CA 94139-0001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| Debtor | **Blast Fitness Group, LLC** | Case number (If known) | **16-10236** |
|---|---|---|---|
| | Name | | |

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$60,000.00** |
|---|---|---|---|

**Capwell Lawrence, LLC**
**c/o Ronald M Davids, Esq. Davids &**
**Cohen**
**40 Washington St # 20**
**Wellesley, MA 02481-1815**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,368.00** |
|---|---|---|---|

**Carrara Dayian, PC**

**3 Regency Plz Ste 1**
**Providence, RI 02903-3109**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$606.00** |
|---|---|---|---|

**Century Link**

**PO Box 91154**
**Seattle, WA 98111-9254**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$237,873.00** |
|---|---|---|---|

**CG Center LLC**
**Scott Carmen, Esq.**
**141 Tremont St**
**Boston, MA 02111-1209**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Judgment**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| Debtor | **Blast Fitness Group, LLC** | Case number (if known) | **16-10236** |
|---|---|---|---|
| | Name | | |

---

| | | | |
|---|---|---|---|
| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,368.00** |
| | **Choice Landscaping LLC** | Check all that apply. | |
| | | ☐ Contingent | |
| | **5267 S Whitnall Ave** | ☐ Unliquidated | |
| | **Cudahy, WI 53110-1940** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | | ■ No | |
| | Last 4 digits of account number _____ | ☐ Yes | |

---

| | | | |
|---|---|---|---|
| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$75,000.00** |
| | **Christina Chavez** | Check all that apply. | |
| | **c/o Douglas Pennebaker, Esq** | ☐ Contingent | |
| | **200 Concord Plaza Dr Ste 750** | ☐ Unliquidated | |
| | **San Antonio, TX 78216-6976** | ■ Disputed | |
| | | **Basis for the claim:** | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | | ■ No | |
| | Last 4 digits of account number _____ | ☐ Yes | |

---

| | | | |
|---|---|---|---|
| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,215.00** |
| | **Comcast** | Check all that apply. | |
| | | ☐ Contingent | |
| | **PO Box 1577** | ☐ Unliquidated | |
| | **Newark, NJ 07101-1577** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | | ■ No | |
| | Last 4 digits of account number _____ | ☐ Yes | |

---

| | | | |
|---|---|---|---|
| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$885.00** |
| | **ComEd** | Check all that apply. | |
| | | ☐ Contingent | |
| | **PO Box 6111** | ☐ Unliquidated | |
| | **Carol Stream, IL 60197-6111** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | | ■ No | |
| | Last 4 digits of account number _____ | ☐ Yes | |

---

| Debtor | **Blast Fitness Group, LLC** | Case number (if known) | **16-10236** |
|---|---|---|---|
| | Name | | |

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,679.00 |
|---|---|---|---|

**ConEdison Solutions**

PO Box 223246
Pittsburgh, PA 15251-2246

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,822.00 |
|---|---|---|---|

**Connecticut Light & Power**

PO Box 650032
Dallas, TX 75265-0032

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,311.00 |
|---|---|---|---|

**Constellation NewEnergy**

14217 Collection Center Dr
Chicago, IL 60693-0142

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,291.00 |
|---|---|---|---|

**Cox Business**

PO Box 182318
Columbus, OH 43218-2318

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| Debtor | **Blast Fitness Group, LLC** | Case number (if known) | **16-10236** |
|---|---|---|---|
| | Name | | |

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $10,814.00 |
|---|---|---|---|

**Cozen O'Connor**

**1221 McKinney St Ste 2900**
**Houston, TX 77010-2009**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,013.00 |
|---|---|---|---|

**CPS Energy**

**PO Box 2678**
**San Antonio, TX 78289-0001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $69,130.00 |
|---|---|---|---|

**Cress Creek, LLC**
**c/o Goldstein, Skrodzki**
**835 McClintock Dr**
**Burr Ridge, IL 60527-0859**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Judgment**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $2,778.00 |
|---|---|---|---|

**Current Electric Co**

**12625 W Burleigh Rd**
**Brookfield, WI 53005-3157**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

---

| Debtor | **Blast Fitness Group, LLC** | Case number (if known) | **16-10236** |
|---|---|---|---|
| | Name | | |

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |
|---|---|---|---|

**David Dichiara**
**c/o David McCool, Esq.**
**512 Broadway**
**Everett, MA 02149-3778**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |
|---|---|---|---|

**David Laird**
**c/o Mark Geragos, Esq**
**644 S Figueroa St**
**Los Angeles, CA 90017-3411**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |
|---|---|---|---|

**David Seger**
**c/o Meyer & Blumenstein**
**105 W Adams St # 3650**
**Chicago, IL 60603-6204**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,658.00** |
|---|---|---|---|

**Direct Energy**

**PO Box 905243**
**Charlotte, NC 28290-5243**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| Debtor | **Blast Fitness Group, LLC** | Case number (if known) | **16-10236** |
|---|---|---|---|
| | Name | | |

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$297.00** |
|---|---|---|---|

**DirecTV**

**PO Box 60036**
**Los Angeles, CA 90060-0036**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$597.00** |
|---|---|---|---|

**Door Systems**

**2019 Corporate Ln Ste 159**
**Naperville, IL 60563-9748**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **unknown** |
|---|---|---|---|

**Elizabeth Beninati**
**c/o John Moran, Esq. LeClair Ryan**
**1 International Pl**
**Boston, MA 02110-2602**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **unknown** |
|---|---|---|---|

**Elizabeth Drake**
**c/o Christopher Rawson Esq.**
**155 S Main St**
**Providence, RI 02903-2963**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____

---

| Debtor | **Blast Fitness Group, LLC** | Case number (if known) | **16-10236** |
|---|---|---|---|
| | Name | | |

---

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,952.00** |
|---|---|---|---|

**Eversource**

PO Box 650034
Dallas, TX 75265-0034

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$213.00** |
|---|---|---|---|

**Fire Protection Testing, Inc**

1701 Highland Ave # 4
Cheshire, CT 06410-1244

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$245.00** |
|---|---|---|---|

**Fitness Equipment Service**

22 Kings Trl
Williamsville, NY 14221-2609

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$9,640.00** |
|---|---|---|---|

**Flood Fire Pro Inc.**

11 Chestnut St
Plainville, MA 02762-1101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| Debtor | **Blast Fitness Group, LLC** | Case number (if known) | **16-10236** |
|---|---|---|---|
| | Name | | |

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,479.00** |
|---|---|---|---|

**Fort Bend County Tax Assessor**

**PO Box 1028**
**Sugar Land, TX 77487-1028**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **unknown** |
|---|---|---|---|

**Friday Investments, LLC**
**c/o Horrack Talley**
**301 S College St # 2600**
**Charlotte, NC 28202-6006**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,771.00** |
|---|---|---|---|

**G&K Services, Inc.**

**PO Box 842385**
**Boston, MA 02284-2385**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$237,873.00** |
|---|---|---|---|

**GC Center LLC**
**c/o Stuart Sheldon**
**1 E Wacker Dr**
**Chicago, IL 60601-1474**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| Debtor | Blast Fitness Group, LLC | Case number (if known) | 16-10236 |
|---|---|---|---|
| | Name | | |

---

**3.41**

**Nonpriority creditor's name and mailing address**

**Goodwin Proctor / Attorneys**
**Exchange Place**
**53 State St**
**Boston, MA 02109-2820**

**As of the petition filing date, the claim is:** $3,000,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
|---|---|---|
| | | ☒ No |
| Last 4 digits of account number | _____ | ☐ Yes |

---

**3.42**

**Nonpriority creditor's name and mailing address**

**Green Street Jefferson, LLC**

**8451 Maryland Ave**
**Saint Louis, MO 63105-3646**

**As of the petition filing date, the claim is:** $168,542.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
|---|---|---|
| | | ☒ No |
| Last 4 digits of account number | _____ | ☐ Yes |

---

**3.43**

**Nonpriority creditor's name and mailing address**

**Holland & Knight**

**PO Box 864084**
**Orlando, FL 32886-4084**

**As of the petition filing date, the claim is:** $2,261.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
|---|---|---|
| | | ☒ No |
| Last 4 digits of account number | _____ | ☐ Yes |

---

**3.44**

**Nonpriority creditor's name and mailing address**

**Hugo Solano**
**c/o Sergio E. Carvajal, Esq.**
**340 Main St # 862**
**Worcester, MA 01608-1606**

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
|---|---|---|
| | | ☒ No |
| Last 4 digits of account number | _____ | ☐ Yes |

---

| Debtor | **Blast Fitness Group, LLC** | | Case number (if known) | **16-10236** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $147,902.00 |
|---|---|---|---|

**Imperial Realty Co.**

**4747 W Person Ave**
**Chicago, IL 60646**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $34,944.26 |
|---|---|---|---|

**Insignia Inc. (d/b/a The Sign Co)**
**Nicolai Law Group PC**
**1 Monarch Pl # 1230**
**Springfield, MA 01144-4006**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,085.00 |
|---|---|---|---|

**Instant Sign Center**

**508 Boston Providence Tpke**
**Norwood, MA 02062-4917**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,917.00 |
|---|---|---|---|

**Intralinks, Inc.**

**PO Box 392134**
**Pittsburgh, PA 15251-9134**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| Debtor | **Blast Fitness Group, LLC** | Case number (if known) | **16-10236** |
|---|---|---|---|
| | Name | | |

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$8,628.00** |
|---|---|---|---|

**Irving Independent School**

**600 Commerce St Fl 1**
**Dallas, TX 75202-4606**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,062.00** |
|---|---|---|---|

**Jackson Lewis, P.C.**

**PO Box 416019**
**Boston, MA 02241-6019**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,452.00** |
|---|---|---|---|

**Janice P Himpele**
**Humble ISD**
**PO Box 4020**
**Houston, TX 77210-4020**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |
|---|---|---|---|

**Jean-Baptise Garryson**

**323 Sawyer St # 4**
**New Bedford, MA 02746-1724**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| Debtor | **Blast Fitness Group, LLC** | Case number (if known) | **16-10236** |
|---|---|---|---|
| | Name | | |

---

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$44,060.00** |
|---|---|---|---|

**Jeff Devoll, c/o Brian Trenz**
**Law Offices of David Schafer**
**2139 NW Military Hwy Ste 200**
**San Antonio, TX 78213-1831**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Default judgment**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$141,565.00** |
|---|---|---|---|

**Jim R. Smith**
**C/O Jim R. Smith & Company,**
**1400 Post Oak Blvd Ste 650**
**Houston, TX 77056-6008**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$20,081.00** |
|---|---|---|---|

**John R. Ames, CTA**

**PO Box 139066**
**Dallas, TX 75313-9066**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |
|---|---|---|---|

**Joseph Masotta**
**C/o Michael Marino**
**55 Pine St**
**Providence, RI 02903-2841**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| Debtor | **Blast Fitness Group, LLC** | Case number (if known) | **16-10236** |
|---|---|---|---|
| | Name | | |

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$5,859.00** |
|---|---|---|---|

**Junction Commercial Services**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**588 Pleasant St Ste 6**
**Norwood, MA 02062-4553**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$112,884.00** |
|---|---|---|---|

**K & K Real Estate Inc.**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**4010 Triangle Dr**
**Charlotte, NC 28208-2828**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$7,595.00** |
|---|---|---|---|

**Knox Brotherton Knox & Godfrey**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**PO Box 30848**
**Charlotte, NC 28230-0848**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$825.00** |
|---|---|---|---|

**Lamar Companies**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**PO Box 96030**
**Baton Rouge, LA 70896-9030**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| Debtor | **Blast Fitness Group, LLC** | Case number (if known) | **16-10236** |
|---|---|---|---|
| | Name | | |

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $24,444.00 |
|---|---|---|---|

**Law Offices of Ashen & Faulkner**

**217 N Jefferson St Ste 600**
**Chicago, IL 60661-1114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $420,000.00 |
|---|---|---|---|

**Lesley University**
**c/o Sig Roos, Esq Block & Roos**
**10 High St # 905**
**Boston, MA 02110-2129**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $44.00 |
|---|---|---|---|

**LifeFitness**
**c/o Vish Patel,**
**9525 Bryn Mawr Ave**
**Rosemont, IL 60018-5249**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,615,825.00 |
|---|---|---|---|

**LS Parliament, LLC**
**c/o Gary Kreppel**
**33 Boston Post Rd W**
**Marlborough, MA 01752-1867**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Judgment**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| Debtor | **Blast Fitness Group, LLC** | Case number (if known) | **16-10236** |
|---|---|---|---|
| | Name | | |

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $142,261.00 |
|---|---|---|---|

**Maldex Limited Partnership**
**c/o Robert Gibbons, Esq. Mirick**
**O'Connel**
**1880 W Park Dr # 400**
**Westborough, MA 01581-3901**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,171.00 |
|---|---|---|---|

**MassLock Inc**

**279 Main St**
**Everett, MA 02149-5719**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $7,956.00 |
|---|---|---|---|

**Meckler Bulger Tilson Marick**

**123 N Wacker Dr Ste 1800**
**Chicago, IL 60606-1770**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $303.00 |
|---|---|---|---|

**Members Today**

**1724 Sands Pl SE**
**Marietta, GA 30067-9214**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| Debtor | **Blast Fitness Group, LLC** | | Case number (if known) | **16-10236** |
| | Name | | | |

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$31,000.00** |

**Michael J. Craffey, CPA**

**11 Magnolia Dr**
**Lynnfield, MA 01940-1309**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$179.00** |

**Mobile Mini**

**4646 E Van Buren St Ste 400**
**Phoenix, AZ 85008-6927**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$9,893.00** |

**Nashoba Realty Trust**

**35 Forbes Rd**
**Westwood, MA 02090-2221**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,000,000.00** |

**Nathan Telow**
**c/o Steven Churchill, Esq.**
**192 South St Ste 450**
**Boston, MA 02111-2722**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| Debtor | **Blast Fitness Group, LLC** | Case number (if known) | **16-10236** |
|---|---|---|---|
| | Name | | |

---

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$121.00** |

**National Grid**

**PO Box 11735**
**Newark, NJ 07101-4735**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,000.00** |

**Newfit MGT LLC**

**287 Auburn St**
**Auburndale, MA 02466-1915**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$200.00** |

**Nicor Gas**

**PO Box 5407**
**Carol Stream, IL 60197-5407**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☐ No

Last 4 digits of account number **4320**

■ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,079,863.00** |

**Ocean State Job Lot**
**c/o Lisa Ann Adelman**
**275 Commerce Park Rd**
**North Kingstown, RI 02852-8420**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Judgment**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| Debtor | **Blast Fitness Group, LLC** | Case number (if known) | **16-10236** |
|---|---|---|---|
| | Name | | |

---

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,646.00** |
|---|---|---|---|

**Otis Elevator Company**

PO Box 730400
Dallas, TX 75373-0400

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$34,004.00** |
|---|---|---|---|

**Pandora Media, Inc.**

25601 Network Pl
Chicago, IL 60673-1256

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$25,231.00** |
|---|---|---|---|

**Park Ten Common Partners, LP**

1845 Woodall Rodgers Fwy Ste 1030
Dallas, TX 75201-2264

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$10,000.00** |
|---|---|---|---|

**Peter Bell**
c/o Tricia Blomquist
69 Fairfield St
Dedham, MA 02026-1405

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| Debtor | **Blast Fitness Group, LLC** | Case number (if known) | **16-10236** |
|---|---|---|---|
| | Name | | |

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$10,743.00** |
|---|---|---|---|

**PG&E**

2052 Box 997300
Sacramento, CA 95899-7300

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,526.00** |
|---|---|---|---|

**Property Tax Advisory Group, Inc.**

11300 Tomahawk Creek Pkwy Ste 320
Leawood, KS 66211-2702

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$350,000.00** |
|---|---|---|---|

**R. Grands Holding, LLC**
David Conti, Esq. Godbout Law
33 Broad St
Boston, MA 02109-4216

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$494,499.00** |
|---|---|---|---|

**Rainbow Racquet Club, LP**
C/o MJ Peterson Corp,
501 John James Audubon Pkwy
Amherst, NY 14228-1143

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| Debtor | **Blast Fitness Group, LLC** | Case number (if known) | **16-10236** |
|---|---|---|---|
| | Name | | |

---

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$13,386.00** |
|---|---|---|---|

**Rossi Law Offices Ltd.**

**28 Thurber Blvd Ste 1**
**Smithfield, RI 02917-1858**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,837.00** |
|---|---|---|---|

**Safer Places, Inc**

**25 Wareham St Ste 2-26**
**Middleboro, MA 02346-2456**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,970.00** |
|---|---|---|---|

**Sila Maintenance, Inc.**

**PO Box 114**
**New Lenox, IL 60451-0114**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,377.00** |
|---|---|---|---|

**Spectrum Business**

**PO Box 790086**
**Saint Louis, MO 63179-0086**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| Debtor | **Blast Fitness Group, LLC** | Case number (if known) | **16-10236** |
| --- | --- | --- | --- |

Name

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **unknown** |

**Springstead & Wathen**
c/o William Hancock, Esq.
470 E Herndon Ave # 205
Fresno, CA 93720-2929

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number _____

☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **unknown** |

**Steven Borghi**
C/o Charles R. Bennett Jr, Esq.
1 Beacon St
Boston, MA 02108-3107

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number _____

☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$66,051.00** |

**StoneTurn Group, LLP**

75 State St Fl 9
Boston, MA 02109-1827

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number _____

☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$650.00** |

**Suburban Pest Control, Inc**

5107 Southwestern Blvd
Hamburg, NY 14075-3501

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number _____

☐ Yes

---

| Debtor | **Blast Fitness Group, LLC** | | Case number (if known) | **16-10236** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $286,000.00 |
|---|---|---|---|
| | **Terry Waller**<br>**c/o Gretchen Myers, Esq.**<br>**35 W Main St Ste 106**<br>**Denville, NJ 07834-2154** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>**Judgment** | |
| | Date or dates debt was incurred | Is the claim subject to offset?<br><br>■ No<br>☐ Yes | |
| | Last 4 digits of account number | | |

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,348.00 |
|---|---|---|---|
| | **The Law Offices of Stephen M. Denning**<br><br>**6073 N Fresno St Ste 101**<br>**Fresno, CA 93710-8614** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | |
| | Date or dates debt was incurred | Is the claim subject to offset?<br><br>■ No<br>☐ Yes | |
| | Last 4 digits of account number | | |

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,767.00 |
|---|---|---|---|
| | **Time Warner Cable**<br><br>**PO Box 223085 Box 223085**<br>**Pittsburgh, PA 15251-2085** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | |
| | Date or dates debt was incurred | Is the claim subject to offset?<br><br>■ No<br>☐ Yes | |
| | Last 4 digits of account number | | |

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,723.00 |
|---|---|---|---|
| | **Tonawanda Housing, Inc**<br>**C/o MJ Peterson Corp,**<br>**501 John James Audubon Pkwy**<br>**Amherst, NY 14228-1143** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | |
| | Date or dates debt was incurred | Is the claim subject to offset?<br><br>■ No<br>☐ Yes | |
| | Last 4 digits of account number | | |

---

| Debtor | **Blast Fitness Group, LLC** | Case number (if known) | **16-10236** |
|---|---|---|---|
| | Name | | |

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $69,178.00 |
|---|---|---|---|

**TotalFacility, Inc.**

**500 Lapp Rd**
**Malvern, PA 19355-1214**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $95,581.00 |
|---|---|---|---|

**Tribune Direct**
**c/o Deiar Zayed**
**505 Northwest Ave**
**Northlake, IL 60164-1662**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,871.00 |
|---|---|---|---|

**Tricoastal Properties**
**c/o Triyar Management of Texas, Inc.**
**12300 North Fwy # 208**
**Houston, TX 77060-1805**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $22,471.00 |
|---|---|---|---|

**Tyco Simplex Grinnell**

**91 N Mitchell Ct**
**Addison, IL 60101-5608**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

| Debtor | **Blast Fitness Group, LLC** | Case number (if known) | **16-10236** |
|---|---|---|---|
| | Name | | |

---

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **unknown** |
|---|---|---|---|

**United Tool & Die**
**c/o Natale & Wolinetz**
**116 Oak St**
**Glastonbury, CT 06033-2300**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$109.00** |
|---|---|---|---|

**Used Gym Equipment**

**2640 Easy Ave**
**Carson, CA 90810-3135**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$90.00** |
|---|---|---|---|

**Verizon**

**PO Box 15124**
**Albany, NY 12212-5124**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$232,157.00** |
|---|---|---|---|

**Westeimer Regency I, LP**
**c/o Gottfried Dirm**
**1505 W 6th St**
**Austin, TX 78703-5133**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| Debtor | **Blast Fitness Group, LLC** | | Case number (if known) | **16-10236** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $21,875.00 |
| --- | --- | --- | --- |

**Wisthoff Fitness Warehouse**

**948 Green Bay Rd**
**Winnetka, IL 60093-1720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,457.00 |
| --- | --- | --- | --- |

**Xcel Energy**

**PO Box 9477**
**Minneapolis, MN 55484-0001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| Part 3: | **List Others to Be Notified About Unsecured Claims** |
| --- | --- |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
| --- | --- |

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
| --- | --- | --- |
| 5a. Total claims from Part 1 | 5a. | $ 141,717.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 16,814,402.26 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 16,956,119.26 |

**Fill in this information to identify the case:**

Debtor name      **Blast Fitness Group, LLC**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS, BOSTON DIVISION

Case number (if known)   **16-10236**

☐ Check if this is an
amended filing

## Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases       12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest   **Lease guarantee**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Aetna West, LLC**<br>**3003 English Creek Ave Ste D-13a**<br>**Egg Harbor Township, NJ 08234-4852** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest   **Lease guarantee**<br><br>State the term remaining<br><br>List the contract number of any government contract | **B&V Center LLC**<br>**PO Box 2983**<br>**Sugar Land, TX 77487-2983** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest   **Lease guarantee**<br><br>State the term remaining<br><br>List the contract number of any government contract | **BNR Westpark Plaza, LP**<br>**4204 Gardendale St Ste 202**<br>**San Antonio, TX 78229-3139** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest   **Lease guarantee**<br><br>State the term remaining<br><br>List the contract number of any government contract | **BRE Residual Owner 6 LLC**<br>**c/o Stinson Leonard Street LLP**<br>**150 S 5th St Ste 2300**<br>**Minneapolis, MN 55402-4223** |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Debtor 1 | **Blast Fitness Group, LLC** | | Case number (*if known*) | **16-10236** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |



## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease guarantee** | |
|---|---|---|---|
| | State the term remaining | | **Burgess, Smith & Wathen Partnership** |
| | List the contract number of any government contract | | **Dept 34575**<br>**PO Box 39000**<br>**San Francisco, CA 94139-0001** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Lease guarantee** | |
|---|---|---|---|
| | State the term remaining | | **Capwell Lawrence, LLC** |
| | List the contract number of any government contract | | **Ronald M Davids, Esq. Davids & Cohen**<br>**40 Washington St # 20**<br>**Wellesley, MA 02481-1815** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Lease guarantee** | |
|---|---|---|---|
| | State the term remaining | | **CG Center LLC** |
| | List the contract number of any government contract | | **c/o Scott Carmen Esq**<br>**141 Tremont St**<br>**Boston, MA 02111-1209** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Lease guarantee** | |
|---|---|---|---|
| | State the term remaining | | **Chicago Title Land Trust Company** |
| | List the contract number of any government contract | | **ARC Commercial, Inc.**<br>**PO Box 3313**<br>**Barrington, IL 60011-3313** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Lease guarantee** | |
|---|---|---|---|
| | State the term remaining | | **CP Management LLC** |
| | List the contract number of any government contract | | **830 S Buffalo Grove Rd Ste 106**<br>**Buffalo Grove, IL 60089-3772** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Guarantee** | |
|---|---|---|---|
| | State the term remaining | | **Cress Creek Plaza LLC**<br>**c/o Goldstein, Skrodski**<br>**835 McClintock Dr**<br>**Burr Ridge, IL 60527-0859** |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor 1  **Blast Fitness Group, LLC**
     First Name          Middle Name          Last Name        Case number *(if known)*  **16-10236**

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| List the contract number of any government contract _____ | |

**2.1 1.** State what the contract or lease is for and the nature of the debtor's interest — **Lease guarantee**

State the term remaining

List the contract number of any government contract _____

**De La Vega Corp
4514 Cole Ave Ste 1100
Dallas, TX 75205-4197**

**2.1 2.** State what the contract or lease is for and the nature of the debtor's interest — **Lease guarantee**

State the term remaining

List the contract number of any government contract _____

**Dolton Limited Partnership
Phoenix, AZ 85018**

**2.1 3.** State what the contract or lease is for and the nature of the debtor's interest — **Lease guarantee**

State the term remaining

List the contract number of any government contract _____

**Downers Grove Associates LP
1 N La Salle St Ste 1300
Chicago, IL 60602-3992**

**2.1 4.** State what the contract or lease is for and the nature of the debtor's interest — **Lease guarantee**

State the term remaining

List the contract number of any government contract _____

**EC union Foundation, LLC
5363 Balboa Blvd # 227
Encino, CA 91316-2801**

**2.1 5.** State what the contract or lease is for and the nature of the debtor's interest — **Lease guarantee**

State the term remaining

List the contract number of any government contract _____

**Green Street Jefferson Investors, LLC
8451 Maryland Ave
Saint Louis, MO 63105-3646**

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Debtor 1 | **Blast Fitness Group, LLC** | | | Case number *(if known)* | **16-10236** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Lease guarantee** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Hartman Partnership**<br>**Dallas, TX** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Lease guarantee** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Imperial Realty Co.**<br>**4747 W Peterson Ave**<br>**Chicago, IL 60646-5712** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Lease guarantee** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Jos. Cacciatore & Co. Real Estate**<br>**527 S Wells St Ste 700**<br>**Chicago, IL 60607-3928** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Lease guarantee** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Logan Mesquite Associates, LP**<br>**11540 E US Highway 92**<br>**Seffner, FL 33584-7346** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Lease guarantee** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **LS Parliament, LLC**<br>**c/o Gary Kreppel**<br>**33 Boston Post Rd W**<br>**Marlborough, MA 01752-1867** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Lease guarantee** |
|---|---|---|
| | State the term remaining | **Maldex Limited Partnership**<br>**c/o Robert Gibbons, Esq. Mirick O'Connel**<br>**1880 W Park Dr # 400**<br>**Westborough, MA 01581-3901** |

Debtor 1  **Blast Fitness Group, LLC**                                    Case number *(if known)*   **16-10236**
_____
First Name          Middle Name          Last Name



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of
any government contract  _____

| 2.2 2. | State what the contract or lease is for and the nature of the debtor's interest | **Leaae guarantee** |
|---|---|---|

State the term remaining

List the contract number of
any government contract  _____

**McKinley Avenue, llc**
**2000 S 4th St**
**Milwaukee, WI 53204-4020**

| 2.2 3. | State what the contract or lease is for and the nature of the debtor's interest | **Lease guarantee** |
|---|---|---|

State the term remaining

List the contract number of
any government contract  _____

**Nashoba Realty Trust**
**c/o Peter T. True**
**35 Forbes Rd**
**Westwood, MA 02090-2221**

| 2.2 4. | State what the contract or lease is for and the nature of the debtor's interest | **Lease guarantee** |
|---|---|---|

State the term remaining

List the contract number of
any government contract  _____

**Ocean State Job Lot**
**375 Commerce Park Rd**
**North Kingstown, RI 02852-8420**

| 2.2 5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease guarantee** |
|---|---|---|

State the term remaining

List the contract number of
any government contract  _____

**Park Ten Commons Partners, LP**
**c/o SepMarke Interests, LLC1**
**6203 Park Row Ste 120**
**Houston, TX 77084**

| 2.2 6. | State what the contract or lease is for and the nature of the debtor's interest | **Lease guarantee** |
|---|---|---|

State the term remaining

List the contract number of
any government contract  _____

**President's Square Retail Associates, Lt**
**100 Canyon Crk**
**Irvine, CA 92603-0422**

| Debtor 1 | **Blast Fitness Group, LLC** | | | Case number *(if known)* | **16-10236** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Lease guarantee** | |
|---|---|---|---|
| | State the term remaining | | **Rainbow Racquet Club** |
| | | | **c/o MJ Peterson Com** |
| | List the contract number of any government contract | _____ | **501 John James Audubon Pkwy** |
| | | | **Amherst, NY 14228-1143** |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Lease guarantee** | |
|---|---|---|---|
| | State the term remaining | | **The Sackar Company** |
| | | | **945 W George St Ste 207** |
| | List the contract number of any government contract | _____ | **Chicago, IL 60657-5877** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Lease guarantee** | |
|---|---|---|---|
| | State the term remaining | | **WASA Properties Tower Place LLC** |
| | | | **PO Box 100153** |
| | List the contract number of any government contract | _____ | **Brooklyn, NY 11210-0153** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Lease guarantee** | |
|---|---|---|---|
| | State the term remaining | | **WRI Golden State, LLC** |
| | | | **PO Box 203007** |
| | List the contract number of any government contract | _____ | **Houston, TX 77216-3007** |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Blast Fitness Group, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF MASSACHUSETTS, BOSTON DIVISION |
| Case number (if known) | **16-10236** |

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Blast Fitness Acquisition, LLC** | **425 Lexington St Wilmonton, DE 19801-1120** | **Bexar County Tax Assessor** | ☐ D _____ ☑ E/F __2.1__ ☐ G _____ |
| 2.2 | **Blast Fitness Acquisition, LLC** | **425 Lexington St Wilmonton, DE 19801-1120** | **Burgess/Smith & Wathen LLC** | ☐ D _____ ☑ E/F __3.8__ ☐ G _____ |
| 2.3 | **Blast Fitness Acquisition, LLC** | **425 Lexington St Wilmonton, DE 19801-1120** | **Choice Landscaping LLC** | ☐ D _____ ☑ E/F __3.13__ ☐ G _____ |
| 2.4 | **Blast Fitness Acquisition, LLC** | **425 Lexington St Wilmonton, DE 19801-1120** | **ConEdison Solutions** | ☐ D _____ ☑ E/F __3.17__ ☐ G _____ |
| 2.5 | **Blast Fitness Acquisition, LLC** | **425 Lexington St Wilmonton, DE 19801-1120** | **Connecticut Light & Power** | ☐ D _____ ☑ E/F __3.18__ ☐ G _____ |
| 2.6 | **Blast Fitness Acquisition, LLC** | **425 Lexington St Wilmonton, DE 19801-1120** | **Constellation NewEnergy** | ☐ D _____ ☑ E/F __3.19__ ☐ G _____ |

| Debtor | **Blast Fitness Group, LLC** | Case number *(if known)* | **16-10236** |
| --- | --- | --- | --- |

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
| --- | --- | --- | --- | --- |
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.7 | **Blast Fitness Acquisition, LLC** | **425 Lexington St Wilmonton, DE 19801-1120** | **Cozen O'Connor** | ☐ D ____ ■ E/F __3.21__ ☐ G ____ |
| 2.8 | **Blast Fitness Acquisition, LLC** | **425 Lexington St Wilmonton, DE 19801-1120** | **Dallas County Tax** | ☐ D ____ ■ E/F __2.7__ ☐ G ____ |
| 2.9 | **Blast Fitness Acquisition, LLC** | **425 Lexington St Wilmonton, DE 19801-1120** | **Erie County Water Authority** | ☐ D ____ ■ E/F __2.8__ ☐ G ____ |
| 2.10 | **Blast Fitness Acquisition, LLC** | **425 Lexington St Wilmonton, DE 19801-1120** | **Eversource** | ☐ D ____ ■ E/F __3.33__ ☐ G ____ |
| 2.11 | **Blast Fitness Acquisition, LLC** | **425 Lexington St Wilmonton, DE 19801-1120** | **Fire Protection Testing, Inc** | ☐ D ____ ■ E/F __3.34__ ☐ G ____ |
| 2.12 | **Blast Fitness Acquisition, LLC** | **425 Lexington St Wilmonton, DE 19801-1120** | **Fitness Equipment Service** | ☐ D ____ ■ E/F __3.35__ ☐ G ____ |
| 2.13 | **Blast Fitness Acquisition, LLC** | **425 Lexington St Wilmonton, DE 19801-1120** | **Flood Fire Pro Inc.** | ☐ D ____ ■ E/F __3.36__ ☐ G ____ |
| 2.14 | **Blast Fitness Acquisition, LLC** | **425 Lexington St Wilmonton, DE 19801-1120** | **Fresno County Tax Collector** | ☐ D ____ ■ E/F __2.10__ ☐ G ____ |
| 2.15 | **Blast Fitness Acquisition, LLC** | **425 Lexington St Wilmonton, DE 19801-1120** | **Instant Sign Center** | ☐ D ____ ■ E/F __3.47__ ☐ G ____ |

| Debtor | **Blast Fitness Group, LLC** | Case number *(if known)* | **16-10236** |

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                                                     *Column 2:* **Creditor**

| | Name | Mailing Address | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|
| 2.16 | **Blast Fitness Acquisition, LLC** | **425 Lexington St** **Wilmonton, DE 19801-1120** | | **Janice P Himpele** | ☐ D ____ ■ E/F __3.51__ ☐ G ____ |
| 2.17 | **Blast Fitness Acquisition, LLC** | **425 Lexington St** **Wilmonton, DE 19801-1120** | | **John R. Ames, CTA** | ☐ D ____ ■ E/F __3.55__ ☐ G ____ |
| 2.18 | **Blast Fitness Acquisition, LLC** | **425 Lexington St** **Wilmonton, DE 19801-1120** | | **Knox Brotherton** **Knox & Godfrey** | ☐ D ____ ■ E/F __3.59__ ☐ G ____ |
| 2.19 | **Blast Fitness Acquisition, LLC** | **425 Lexington St** **Wilmonton, DE 19801-1120** | | **Law Offices of Ashen & Faulkner** | ☐ D ____ ■ E/F __3.61__ ☐ G ____ |
| 2.20 | **Blast Fitness Acquisition, LLC** | **425 Lexington St** **Wilmonton, DE 19801-1120** | | **Lesley University** | ☐ D ____ ■ E/F __3.62__ ☐ G ____ |
| 2.21 | **Blast Fitness Acquisition, LLC** | **425 Lexington St** **Wilmonton, DE 19801-1120** | | **Maldex Limited Partnership** | ☐ D ____ ■ E/F __3.65__ ☐ G ____ |
| 2.22 | **Blast Fitness Acquisition, LLC** | **425 Lexington St** **Wilmonton, DE 19801-1120** | | **MassLock Inc** | ☐ D ____ ■ E/F __3.66__ ☐ G ____ |
| 2.23 | **Blast Fitness Acquisition, LLC** | **425 Lexington St** **Wilmonton, DE 19801-1120** | | **Members Today** | ☐ D ____ ■ E/F __3.68__ ☐ G ____ |
| 2.24 | **Blast Fitness Acquisition, LLC** | **425 Lexington St** **Wilmonton, DE 19801-1120** | | **Middlebury Tax Collector** | ☐ D ____ ■ E/F __2.12__ ☐ G ____ |

| Debtor | **Blast Fitness Group, LLC** | Case number *(if known)* | **16-10236** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                      *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.25 | **Blast Fitness Acquisition, LLC** | **425 Lexington St Wilmonton, DE 19801-1120** | **National Grid** | ☐ D _____  ■ E/F __3.73__  ☐ G _____ |
| 2.26 | **Blast Fitness Acquisition, LLC** | **425 Lexington St Wilmonton, DE 19801-1120** | **Newfit MGT LLC** | ☐ D _____  ■ E/F __3.74__  ☐ G _____ |
| 2.27 | **Blast Fitness Acquisition, LLC** | **425 Lexington St Wilmonton, DE 19801-1120** | **Otis Elevator Company** | ☐ D _____  ■ E/F __3.77__  ☐ G _____ |
| 2.28 | **Blast Fitness Acquisition, LLC** | **425 Lexington St Wilmonton, DE 19801-1120** | **Park Ten Common Partners, LP** | ☐ D _____  ■ E/F __3.79__  ☐ G _____ |
| 2.29 | **Blast Fitness Acquisition, LLC** | **425 Lexington St Wilmonton, DE 19801-1120** | **PG&E** | ☐ D _____  ■ E/F __3.81__  ☐ G _____ |
| 2.30 | **Blast Fitness Acquisition, LLC** | **425 Lexington St Wilmonton, DE 19801-1120** | **Property Tax Advisory Group, Inc.** | ☐ D _____  ■ E/F __3.82__  ☐ G _____ |
| 2.31 | **Blast Fitness Acquisition, LLC** | **425 Lexington St Wilmonton, DE 19801-1120** | **Suburban Pest Control, Inc** | ☐ D _____  ■ E/F __3.92__  ☐ G _____ |
| 2.32 | **Blast Fitness Acquisition, LLC** | **425 Lexington St Wilmonton, DE 19801-1120** | **The Law Offices of Stephen M. Denning** | ☐ D _____  ■ E/F __3.94__  ☐ G _____ |
| 2.33 | **Blast Fitness Acquisition, LLC** | **425 Lexington St Wilmonton, DE 19801-1120** | **Time Warner Cable** | ☐ D _____  ■ E/F __3.95__  ☐ G _____ |

| Debtor | **Blast Fitness Group, LLC** | Case number *(if known)* | **16-10236** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**  *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.34 | **Blast Fitness Acquisition, LLC** | **425 Lexington St Wilmonton, DE 19801-1120** | **Town of West Hartford** | ☐ D _____ ■ E/F __2.14__ ☐ G _____ |
| 2.35 | **Blast Fitness Acquisition, LLC** | **425 Lexington St Wilmonton, DE 19801-1120** | **Tribune Direct** | ☐ D _____ ■ E/F __3.98__ ☐ G _____ |
| 2.36 | **Blast Fitness Acquisition, LLC** | **425 Lexington St Wilmonton, DE 19801-1120** | **Tyco Simplex Grinnell** | ☐ D _____ ■ E/F __3.100__ ☐ G _____ |
| 2.37 | **Blast Fitness Acquisition, LLC** | **425 Lexington St Wilmonton, DE 19801-1120** | **Used Gym Equipment** | ☐ D _____ ■ E/F __3.102__ ☐ G _____ |
| 2.38 | **Blast Fitness Acquisition, LLC** | **425 Lexington St Wilmonton, DE 19801-1120** | **Verizon** | ☐ D _____ ■ E/F __3.103__ ☐ G _____ |
| 2.39 | **Blast Fitness Acquisition, LLC** | **425 Lexington St Wilmonton, DE 19801-1120** | **Wisthoff Fitness Warehouse** | ☐ D _____ ■ E/F __3.105__ ☐ G _____ |
| 2.40 | **Blast Fitness Jefferson, LLC** | **120 S Central Ave Clayton, MO 63105-1705** | **City of Saint Louis** | ☐ D _____ ■ E/F __2.4__ ☐ G _____ |
| 2.41 | **Blast Fitness Jefferson, LLC** | **120 S Central Ave Clayton, MO 63105-1705** | **Green Street Jefferson, LLC** | ☐ D _____ ■ E/F __3.42__ ☐ G _____ |
| 2.42 | **Blast Fitness Jefferson, LLC** | **120 S Central Ave Clayton, MO 63105-1705** | **Property Tax Advisory Group, Inc.** | ☐ D _____ ■ E/F __3.82__ ☐ G _____ |

| Debtor | **Blast Fitness Group, LLC** | | Case number *(if known)* | **16-10236** |
|---|---|---|---|---|

▬▬  **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**         *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.43 | **Blast Fitness Jefferson, LLC** | **120 S Central Ave** <br> **Clayton, MO 63105-1705** | **Spectrum Business** | ☐ D _____ <br> ☑ E/F ___3.88___ <br> ☐ G _____ |
| 2.44 | **Blast Fitness Jefferson, LLC** | **120 S Central Ave** <br> **Clayton, MO 63105-1705** | **Tribune Direct** | ☐ D _____ <br> ☑ E/F ___3.98___ <br> ☐ G _____ |
| 2.45 | **Blast Fitness Jefferson, LLC** | **120 S Central Ave** <br> **Clayton, MO 63105-1705** | **Tyco Simplex Grinnell** | ☐ D _____ <br> ☑ E/F ___3.100___ <br> ☐ G _____ |
| 2.46 | **Blast Fitness Jefferson, LLC** | **120 S Central Ave** <br> **Clayton, MO 63105-1705** | **Wisthoff Fitness Warehouse** | ☐ D _____ <br> ☑ E/F ___3.105___ <br> ☐ G _____ |
| 2.47 | **Blast Fitness Schaumburg, LLC** | **560 S Roselle Rd** <br> **Schaumburg, IL 60193-2926** | **Comcast** | ☐ D _____ <br> ☑ E/F ___3.15___ <br> ☐ G _____ |
| 2.48 | **Blast Fitness Schaumburg, LLC** | **560 S Roselle Rd** <br> **Schaumburg, IL 60193-2926** | **ConEdison Solutions** | ☐ D _____ <br> ☑ E/F ___3.17___ <br> ☐ G _____ |
| 2.49 | **Blast Fitness Schaumburg, LLC** | **560 S Roselle Rd** <br> **Schaumburg, IL 60193-2926** | **Law Offices of Ashen & Faulkner** | ☐ D _____ <br> ☑ E/F ___3.61___ <br> ☐ G _____ |
| 2.50 | **Blast Fitness Schaumburg, LLC** | **560 S Roselle Rd** <br> **Schaumburg, IL 60193-2926** | **LifeFitness** | ☐ D _____ <br> ☑ E/F ___3.63___ <br> ☐ G _____ |
| 2.51 | **Blast Fitness Schaumburg, LLC** | **560 S Roselle Rd** <br> **Schaumburg, IL 60193-2926** | **Tribune Direct** | ☐ D _____ <br> ☑ E/F ___3.98___ <br> ☐ G _____ |

| Debtor | **Blast Fitness Group, LLC** | Case number *(if known)* | **16-10236** |
|---|---|---|---|

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**      *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.52 | **Blast Fitness Schaumburg, LLC** | **560 S Roselle Rd**<br>**Schaumburg, IL 60193-2926** | **Tyco Simplex Grinnell** | ☐ D ____<br>■ E/F ___**3.100**___<br>☐ G ____ |
| 2.53 | **Blast Fitness Schaumburg, LLC** | **560 S Roselle Rd**<br>**Schaumburg, IL 60193-2926** | **Wisthoff Fitness Warehouse** | ☐ D ____<br>■ E/F ___**3.105**___<br>☐ G ____ |
| 2.54 | **Blast Fitness St. Paul, LLC** | **2197 Old Hudson Rd**<br>**Saint Paul, MN 55119-4404** | **Century Link** | ☐ D ____<br>■ E/F ___**3.11**___<br>☐ G ____ |
| 2.55 | **Blast Fitness St. Paul, LLC** | **2197 Old Hudson Rd**<br>**Saint Paul, MN 55119-4404** | **Law Offices of Ashen & Faulkner** | ☐ D ____<br>■ E/F ___**3.61**___<br>☐ G ____ |
| 2.56 | **Blast Fitness St. Paul, LLC** | **2197 Old Hudson Rd**<br>**Saint Paul, MN 55119-4404** | **Tribune Direct** | ☐ D ____<br>■ E/F ___**3.98**___<br>☐ G ____ |
| 2.57 | **Blast Fitness St. Paul, LLC** | **2197 Old Hudson Rd**<br>**Saint Paul, MN 55119-4404** | **Tyco Simplex Grinnell** | ☐ D ____<br>■ E/F ___**3.100**___<br>☐ G ____ |
| 2.58 | **Blast Fitness St. Paul, LLC** | **2197 Old Hudson Rd**<br>**Saint Paul, MN 55119-4404** | **Wisthoff Fitness Warehouse** | ☐ D ____<br>■ E/F ___**3.105**___<br>☐ G ____ |
| 2.59 | **Blast Fitness St. Paul, LLC** | **2197 Old Hudson Rd**<br>**Saint Paul, MN 55119-4404** | **Xcel Energy** | ☐ D ____<br>■ E/F ___**3.106**___<br>☐ G ____ |