# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br>BLAST FITNESS GROUP, LLC,<br><br>            Debtor.<br><br><br>GARY W. CRUICKSHANK,<br>CHAPTER 7 TRUSTEE OF THE ESTATE<br>OF BLAST FITNESS GROUP, LLC,<br><br>            Plaintiff,<br><br>v.<br><br>HAROLD R. DIXON, ET AL.,<br><br>            Defendants. | Chapter 7<br>Case No. 16-10236-MSH<br><br><br><br><br><br><br><br>Adversary Proceeding<br>No. 18-01011 |

## STIPULATION TO EXTEND TIME FOR DEFENDANTS GOODWIN PROCTER LLP AND JOHN R. LECLAIRE TO RESPOND TO COMPLAINT

THIS STIPULATION is made as of the 1st day of March, 2018, by and between Gary W. Cruickshank, in his capacity as Chapter 7 Trustee (the "Trustee") of the estate of Blast Fitness Group, LLC in the chapter 7 case of Blast Fitness Group, LLC (the "Chapter 7 Case") and Goodwin Procter LLP ("Goodwin Procter") and John R. LeClaire (collectively, the "Parties").

DB1/ 96083860.1

**Background**

1. On January 26, 2016, the Debtor filed a voluntary petition under Chapter 7 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Massachusetts (the "Bankruptcy Court") and commenced the Chapter 7 Case.

2. On January 26, 2018, the Trustee commenced the above-captioned adversary proceeding (the "Adversary Proceeding") by filing an adversary complaint naming Goodwin Procter and Mr. LeClaire as two among many defendants.

3. Goodwin Procter and Mr. LeClaire have accepted service of process, and the Parties agree that the current deadline for Goodwin Procter and Mr. LeClaire to answer or otherwise respond to the Complaint is March 14, 2018 (the "Response Deadline").

**Agreement**

NOW, THEREFORE, subject to the Bankruptcy Court's approval of this Stipulation, the Trustee and Goodwin Procter and Mr. LeClaire agree as follows:

4. The Response Deadline shall be extended to and including March 30, 2018.

5. Nothing in this Stipulation shall be construed as a submission by either defendant to jurisdiction, or a waiver of Article III rights, or of any other rights or remedies, all of which are reserved.

6. The Trustee reserves all of his rights and remedies.

| | |
|---|---|
| GARY W. CRUICKSHANK, CHAPTER 7 TRUSTEE IN BANKRUPTCY FOR THE ESTATE OF BLAST FITNESS GROUP, LLC,<br>By his attorneys, | GOODWIN PROCTER LLP and JOHN R. LECLAIRE,<br>By their attorneys, |
| /s/ Ilyas J. Rona<br>Ilyas J. Rona, Esq., BBO #642964<br>Gregory N. Corbin, Esq., BBO #687957<br>Milligan Rona Duran & King LLC<br>50 Congress Street, Suite 600<br>Boston, MA  02109<br>617-395-9570 Telephone<br>ijr@mrdklaw.com<br>gnc@mrdklaw.com | /s/ Caitlin M. Snydacker<br>P. Sabin Willett, Esq., BBO #542519<br>Caitlin M. Snydacker, Esq., BBO #681526<br>Morgan, Lewis & Bockius LLP<br>One Federal Street<br>Boston, MA 02110-1726<br>617-341-7700 Telephone<br>617-341-7701 Facsimile<br>sabin.willett@morganlewis.com<br>caitlin.snydacker@morganlewis.com |

Dated: March 1, 2018

**SO ORDERED:**

Dated: Boston, Massachusetts
      March  1 , 2018

_____
Honorable Melvin S. Hoffman
United States Bankruptcy Judge