| UNITED STATES BANKRUPTCY COURT<br>District of Massachusetts | | NOTICE OF ADDRESS CHANGE:<br>PAYMENT AND/OR NOTICE ADDRESS<br>(Local Form: 18) |
|---|---|---|
| **Name of Debtor(s):**<br>BLAST FITNESS GROUP, LLC | **Case Number:**<br>16-10236 (MSH) | SUPPLEMENT RELATING TO<br>EXISTING PROOF OF CLAIM |

If you filed a claim, use this form to change an address to where payments and/or notices should be sent.

DO NOT USE THIS FORM IF: (A) There is no proof of claim on file; (B) Information other than or in addition to the payment and/or notice address is being changed on a filed claim; OR (C) You are the transferee of the claim and no evidence of a claim transfer has been filed. *See* Fed. R. Bankr. P. 3001(e)(1)-(4) *et seq.*

| **Court Claim Number:**<br>37 | **Last four digits of any account by which creditor identifies Debtor(s):** | |
|---|---|---|
| **Name of Creditor** (the person or other entity to whom the debtor owes the money or property):<br>FRIDAY INVESTMENTS, LLC or WASA PROPERTIES LLC | | **COURT USE ONLY** |
| **Name and Address where notices should be sent:**<br><br>Samuel S. Kohn, Esq.<br>Chadbourne & Parke LLP<br>1301 Avenue of the Americas<br>New York, NY 10019-6022<br><br>**Telephone Number:** 212-408-5100   **email:** skohn@chadbourne.com | | ☐ Check this box if there is no change to the address where notices should be sent.<br><br>*NOTE: If this box is checked, **no change** will be made to the notice address on record.* |
| **Name and Address where payments should be sent:**<br><br>**Mr. David Dombroff**<br>Wasa Properties LLC<br>3512 Quentin Road, Suite 200<br>Brooklyn, NY 11234<br><br>**Telephone Number:** 718-475-4736   **email:** dd@wasaproperties.com | | ☒ Check this box if there is no change to the address where payments should be sent.<br><br>*NOTE: If this box is checked, **no change** will be made to the payment address on record.* |

**Signature**

Check appropriate box below:
☐ I am the creditor
☒ I am the attorney for the creditor
☐ I am the creditor's authorized agent (Attach copy of power of attorney or statement of authority, if any).

I declare under penalty of perjury that the address information provided in this Notice of Address Change/Supplement Relating to Existing Proof of Claim is true and correct to the best of my knowledge, information and reasonable belief.

Signature: *[signature]*    Date: May 31, 2016

Print name: Samuel S. Kohn, Esq.    Title: Attorney

Company: Chadbourne & Parke LLP

Address: 1301 Avenue of the Americas, New York, NY 10019-6022

Email address (required): skohn@chadbourne.com    Telephone number (required): 212-408-5100

*Penalty for making a false declaration or statement under penalty of perjury in a bankruptcy case: Fine of up to $500,000 or imprisonment for up to 5 years, or both. See 18 U.S.C. §§ 152 and 3571.*