**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| In re | Blast Fitness Group, LLC | Related Bankruptcy Case: 16–10236 |
| | | Chapter 7 |
| | Debtor | Judge Melvin S. Hoffman |
| | Gary W. Cruickshank | Adversary Proceeding: 18–01011 |
| | Plaintiff | |
| | vs. | |
| | Harold R. Dixon et al. | |
| | Defendant | |

### ORDER REGARDING ELECTRONICALLY FILED DOCUMENT

The Court has received notice of an electronically filed document by you in the above–referenced case on **MARCH 29, 2018** as document number **93,96,97**. A Clerk's Corrective Entry has been made by the Court which **requires expedited action by you.**

**THE FOLLOWING REQUIRES CORRECTIVE ACTION BY THE REGISTERED USER:**

☐ **Document has wrong PDF image, is out of order, incorrectly oriented (landscape), and/or is unreadable.** Please re–file electronically with correct and readable PDF using the original event.

☐ **Document Docketed using wrong event.** Please re–file electronically using correct event.

☐ **Document is docketed in the wrong case or Caption is Incorrect.** Please check case number and re–file electronically.

☐ **Document is unsigned or information is missing.** Signatures must be present as /s/ or a scanned original signature. Please check your PDF document for signature(s) and re–file electronically.

☐ **Document(s) should have been docketed as separate documents.** Please re–docket all items electronically.

☐ **Case association incorrect.** Please check for proper association and re–file electronically.

☑ **ECF filer and signature of the document do not match;** please re–file. See App. 8, Rule 8(a) of MLBR.

☑ **Other:PLEASE REFILE DOCUMENT 93, 96, AND 97 WITH CORRECT SIGNATURE.**

You are hereby **ORDERED** to file the above required document(s) within two (2) business days of the date of this notice.

**FAILURE TO COMPLY WILL RESULT IN DENIAL OR DISMISSAL WITHOUT FURTHER NOTICE.**

Date:3/30/18                                                                                                          By the Court,

<u>Miguel Lara</u>
Deputy Clerk
617–748–5331

108 – 93, 96, 97