# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MASSACHUSETTS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| BLAST FITNESS GROUP, LLC ) | CHAPTER 7 CASE |
| ) | |
| ) | CASE NO. 16-10236 |
| ) | |
| ) | JUDGE MELVIN S. HOFFMAN |
| ) | |
| Debtor(s) ) | |

## CREDITOR DAVID SEGER'S RE-NOTICE OF MOTION TO LIFT STAY

**NOW COMES** the Creditor, **DAVID SEGER**, by and through his attorneys, **LAW OFFICES OF MEYER AND BLUMENSHINE**, and moves this Honorable Court to lift the bankruptcy stay and allow prosecution of the tort case against the debtor, **BLAST TOTAL FITNESS**, and in support, states the following:

1. That on July 5, 2016, the Creditor, David Seger filed a Motion for Relief from Stay to Permit Prosecution of Pending Personal Injury Suit. (Copy attached as Exhibit A).

2. That on July 6, 2016, Judge Melvin S. Hoffman entered an order that provided that counsel for creditor David Seger:
    (1) Pays the fee for filing the motion;
    (2) Files or causes to be filed a motion to be admitted to practice before this Court pro hac vice in accordance with the Massachusetts Local Bankruptcy Rules; and
    (3) Arranges to become an electronic filer or obtains a waiver of the electronic filing requirement. (See attached Exhibit B).

3. On July 27, 2016, an Order was entered by Judge Melvin S. Hoffman striking Creditor's motion (See attached Exhibit C).

4. That on March 14, 2016, Creditor's attorney paid the filing fee for the Motion for Admission of Counsel Pro Hac Vice and that on July 14, 2016, Creditor's attorney paid the filing fee for the Motion to Lift the Stay of

$176.00. (See attached Exhibit D).

5. On April 5, 2016, Creditor's attorney's motion for pro hac vice admission was allowed (See attached Exhibit E).

6. On July 13, 2016, Creditor's attorney became an electronic filer (See attached Exhibit F).

7. That Creditor David Seger and his counsel have complied with this Court's order, applicable rules and that an order lifting the stay is warranted.

**WHEREFORE**, the Creditor, **DAVID SEGER**, moves this Honorable Court to grant his motion to lift the bankruptcy stay to allow prosecution of the tort case pending in the Circuit Court of Cook County.

Respectfully Submitted,

/s/ Scott A. Blumenshine
Scott A. Blumenshine

Dated: October 12, 2016

Law Offices of Meyer & Blumenshine
105 W. Adams St., Ste. 3650
Chicago, IL 60603
P: (312) 263-1000
ARDC No.: 06196960
sbshine@mbpersonalinjurylaw.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| BLAST FITNESS GROUP, LLC ) | CHAPTER 7 CASE |
| ) | |
| ) | CASE NO. 16-10236 |
| ) | |
| ) | JUDGE MELVIN S. HOFFMAN |
| ) | |
| Debtor(s) ) | |

## PROPOSED ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC BANKRUPTCY STAY TO PERMIT PROSECUTION OF DAVID SEGER'S PENDING PERSONAL INJURY SUIT

THIS MATTER coming before the Court on David Seger's Motion for Relief from Stay to Permit Prosecution of Pending Personal Injury Suit filed by Scott Blumenshine, counsel for David Seger, due notice of the Motion having been given and the Court being advised in the premises, **IT IS HEREBY ORDERED:**

That The Automatic Bankruptcy Stay in this case is Lifted as to David Seger to Permit Prosecution of his Pending Personal Injury Suit entitled, David Seger v. Blast Fitness Group, LLC, et al., currently pending in the Circuit Court of Cook County Law Division, Case No. 2013 L 003266.

_____
Honorable Melvin S. Hoffman
United States Bankruptcy Judge

Dated: October 12, 2016

**Prepared by:**
Scott A. Blumenshine
Law Offices of Meyer and Blumenshine
105 West Adams Street, Suite 3650
Chicago, Illinois 60603
312/263-1000
Atty. No.: 06196960