**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>BLAST FITNESS GROUP, LLC<br><br>Debtor<br><br>GARY W. CRUICKSHANK, CHAPTER 7 TRUSTEE<br><br>Plaintiff<br><br>v.<br><br>HAROLD R. DIXON, ET AL.<br><br>Defendants | Chapter 7<br>Case No. 16-10236-MSH<br><br><br><br><br><br>Adversary Proceeding<br>No. 18-1011 |

**PROCEDURAL ORDER**

Whereas, on January 26, 2018, the plaintiff filed his complaint commencing this adversary proceeding;

Whereas, the following defendants have filed motions to dismiss the complaint or for summary judgment:

1. Peter Fenn (#68);

2. You Fit, LLC (#71);

3. Juliet Dixon (#81);

4. Dixon Family Limited Partnership (#83);

1

5. 31 Green Lane Nominee Trust, 63 Cart Path Road Nominee Trust, Michael Craffey, George L. Dixon GST Trust, Harold R. Dixon IV GST Trust, John E. Dixon GST Trust, & William A. Dixon GST Trust (#92);

6. Auburndale Fitness Group Investments, LLC (#94);

7. Cape Capital Jewel, LLC (#103);

8. Thomas F. Walsh (#106);

9. Goodwin Procter, LLP and John R. LeClair (#118 and #120);

10. Cape Capital Maryland Heights, LLC, Cape Capital West Hartford, LLC and Cape Capital Irving, LLC (#125); and

11. Harold Dixon (#128);

Whereas, all of the foregoing have been scheduled for hearing on May 1, 2018;

Whereas, on April 4. 2018, the plaintiff filed an amended complaint (#130) as a matter of right; and

Whereas, the filing of an amended complaint supersedes and replaces the original complaint and renders pending motions to dismiss and motions for summary judgment moot.

Now therefore, it is hereby ordered that on or before May 4, 2018, each defendant identified above shall file a renewed motion, which may incorporate by reasonable reference applicable portions of the original motion and supporting documents, failing which the original motion will be denied.

The hearing currently scheduled for May 1, 2018 is canceled. The Court will hold a hearing on all renewed motions on June 14, 2018 at 10:00 AM.

Dated: April 13, 2018                                                                                          By the Court,

                                                                                                                          Melvin S. Hoffman
                                                                                                                          U.S. Bankruptcy Judge