04/13/2018 see procedural order dated April 13, 2018 (#145).

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>BLAST FITNESS GROUP LLC,<br><br>      Debtor. | Chapter 7<br>Case No. 16-10236-MSH |
| GARY W. CRUICKSHANK, CHAPTER 7 TRUSTEE OF THE ESTATE OF BLAST FITNESS GROUP LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>HAROLD R. DIXON *et. al.*,<br><br>      Defendants. | Adv. Pro. No. 18-01011-MSH |

**TRUSTEE'S MOTION TO DENY AS MOOT THE PENDING ELEVEN MOTIONS TO DISMISS AND ONE MOTION FOR PARTIAL SUMMARY JUDGMENT OR ALTERNATIVELY TO ENLARGE THE TIME PERIOD FOR THE TRUSTEE TO RESPOND**

Gary W. Cruickshank (the "Trustee"), Chapter 7 Trustee of the Estate of Blast Fitness Group, LLC (the "Debtor"), hereby respectfully requests that this Court deny as moot the motions filed in response to the original complaint because Trustee has filed an amended complaint (the "Amended Complaint"). The Amended Complaint renders any motion practice concerning the claims asserted in the obsolete pleading inefficient and unnecessary. Accordingly, the Trustee requests that the Court deny as moot all pending motions to dismiss or motions for summary judgment filed by the Defendants.