UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>BLAST FITNESS GROUP, LLC,<br><br>Debtor. | Chapter 7<br><br>Case No.:    16-10236-MSH |

**(ASSENTED-TO) MOTION BY
GOODWIN PROCTER, LLP TO FURTHER MODIFY
DATES OF COMPLIANCE WITH TURNOVER ORDER**

Goodwin Procter LLP ("Goodwin") hereby moves this Court for modification of the dates for compliance with the Court's Order relating to the January 22, 2018 Expedited Motion by Chapter 7 Trustee to Compel Goodwin Procter, LLP to Turn Over and Produce Books, Documents, Record, and Papers of the Debtor pursuant to 11 U.S.C. § 542(e) (the "Trustee's Motion"). As grounds therefor, Goodwin states as follows:

1. Goodwin was served with the Trustee's Motion on January 22, 2018 and the Motion was allowed the next day without any response from Goodwin.

2. Prayer 1 of the Trustee's Motion requested that Goodwin make available, within two calendar days of the Court's Order, complete unredacted copies of the Asset Purchase Agreement, a redacted copy of which was attached as Exhibit A to the Trustee's Motion, and the Real Estate Purchase Agreement, along with all of their exhibits. Goodwin did so on a timely basis on January 25, 2018.

3. Prayer 2 of the Trustee's Motion requested that Goodwin make any other executed agreements, involving the purchase, sale, assumption or other disposition of any of the debtor's assets or any subsidiary of the debtor's assets available within two

1

calendar days of the Court's January 23, 2018 Order. Goodwin also timely produced documents in response to Prayer 2 on January 25, 2018.

4. Prayer 3 of the Trustee's Motion requested that Goodwin deliver the Debtor's entire existing paper and electronic files to Special Counsel within 7 days of this Court's Order, or by January 30, 2018. Goodwin requested that the Court modify its January 23, 2018 Order to allow Goodwin to February 9, 2018 to respond to Prayer 3 of the Trustee's motion. The Motion was granted and Goodwin timely produced documents in response to Prayer 3 on February 9, 2018. Goodwin has produced 57,862 pages of documents through and including the production made on February 9, 2018.

5. Prayer 4 of the Trustee's Motion requested that Goodwin supplement the turnover of email communications to Special Counsel within 14 days of the Court's Order, or by February 6, 2018. On January 30, 2018 Goodwin requested that the Court modify its January 23, 2018 Order to allow Goodwin to February 20, 2018 to respond to Prayer 4 of the Trustee's motion. Goodwin will be able to produce approximately 8,000 email communications and attachments consisting of nearly 100,000 pages on February 20, 2018. However, Goodwin will need a reasonable additional amount of time to produce additional emails in response to Prayer 4 of the Trustee's Motion.

WHEREFORE, Goodwin requests that the Court modify its Order to allow Goodwin to March 6, 2018 to complete its response to Prayer 4 of the Trustee's Motion.

Special Counsel for the Trustee assents to this Motion.

ACTIVE/94271935.1

Respectfully submitted,

GOODWIN PROCTER, LLP

By their attorney,

/s/ Richard A. Oetheimer
Richard A. Oetheimer (SBN 377665)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, Massachusetts 02210
Tel.: +1 617 570 1000
Fax.: +1 617 523 1231

Dated: February 16, 2018

CERTIFICATE OF SERVICE

    I, Richard A. Oetheimer hereby certify that on February 16, 2018 I served the foregoing document upon the Debtor by mailing a true copy thereof, first class mail, postage prepaid, to its counsel of record.

/s/ Richard A. Oetheimer