UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

In re:

      BLAST FITNESS GROUP, LLC,

          Debtor.

Chapter 7

Case No.:    16-10236-MSH

## (ASSENTED-TO) MOTION BY
## GOODWIN PROCTER, LLP TO FURTHER MODIFY
## DATES OF COMPLIANCE WITH TURNOVER ORDER

Goodwin Procter LLP ("Goodwin") hereby moves this Court for modification of the dates for compliance with the Court's Order relating to the January 22, 2018 Expedited Motion by Chapter 7 Trustee to Compel Goodwin Procter, LLP to Turn Over and Produce Books, Documents, Record, and Papers of the Debtor pursuant to 11 U.S.C. § 542(e) (the "Trustee's Motion"). As grounds therefor, Goodwin states as follows:

1. Goodwin was served with the Trustee's Motion on January 22, 2018 and the Motion was allowed the next day without any response from Goodwin.

2. Prayer 1 of the Trustee's Motion requested that Goodwin make available, within two calendar days of the Court's Order, complete unredacted copies of the Asset Purchase Agreement, a redacted copy of which was attached as Exhibit A to the Trustee's Motion, and the Real Estate Purchase Agreement, along with all of their exhibits. Goodwin did so on a timely basis on January 25, 2018.

3. Prayer 2 of the Trustee's Motion requested that Goodwin make any other executed agreements, involving the purchase, sale, assumption or other disposition of any of the debtor's assets or any subsidiary of the debtor's assets available within two

ACTIVE/94271935.1