UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MASSACHUSETTS

In Re:                                )
BLAST FITNESS GROUP, LLC   )   Chapter 7
    Debtor                      )   Case No. 16-10236-MSH
-----------------------------------------------

### OBJECTION OF TRUSTEE TO PROOF OF CLAIM FILED BY ANNA MISSAKIANE – CLAIM NUMBER 58

To the Honorable Melvin S. Hoffman, Bankruptcy Judge:

    Gary W. Cruickshank, Trustee in Bankruptcy of the above captioned Debtor, pursuant to MLBR 3007-1 hereby objects to the following proof of claim filed in this case:

1. <u>Claim No. 58</u>- Anna Missakiane, c/o James E. Neyman & Associates, 76 Canal Street, Suite 302, Boston MA 02114.

   <u>Claim amount</u> - $175,000.00

   <u>Reason for objection</u> – the Claimant was not listed on the Debtor's schedules and there were no attachments to this claim to indicate proof of debt as required by Bankruptcy Rule 3001 (c). Therefore, the claim should be totally disallowed.

   <u>Proposed Disposition</u> - The Trustee recommends total disallowance of claim number 58.

    WHEREFORE, after notice and a hearing, the Trustee respectfully requests that the Court enter an order sustaining the objection set forth above and that this Court grant such other and further relief as is just.

Dated: May 19, 2020              /s/Gary W. Cruickshank, Esq.
                                 Trustee in Bankruptcy of
                                 Blast Fitness Group, LLC
                                 21 Custom House Street
                                 Suite 920
                                 Boston MA  02110
                                 gwc@cruickshank-law.com
                                 (617)330-1960
                                 (BBO107600)

## CERTIFICATE OF SERVICE

I, Gary W. Cruickshank, hereby certify that on May 19, 2020, I electronically filed with the Clerk of the Bankruptcy Court, the foregoing Objection and served same in the following manner upon the interested parties:

E-mail service: via the Court's CM/ECF system which sent notification of such filing to the following:

- **Brian Bassett**   bbassett@tlsslaw.com, cdwan@traublieberman.com, jklein@tlsslaw.com
- **Scott A. Blumenshine**   sbshine@mbpersonalinjurylaw.com
- **Joseph S.U. Bodoff**   jbodoff@rubinrudman.com
- **Steven Bolotin**   sbolotin@morrisonmahoney.com, llombard@morrisonmahoney.com
- **Nathaniel Bruhn**   nathaniel.bruhn@morganlewis.com
- **Scott Carman**   SCarman@shaevelkrems.com
- **Stephen Churchill**   steve@fairworklaw.com
- **David A. Conti**   dconti@drsglaw.com, sschalk@drsglaw.com
- **John P. Dillman**   houston_bankruptcy@publicans.com
- **Michael J. Duran**   mjd@mrdklaw.com
- **John Fitzgerald**   USTPRegion01.BO.ECF@USDOJ.GOV
- **Robert B. Gibbons**   rgibbons@mirickoconnell.com, lrothera@mirickoconnell.com
- **Ira H. Grolman**   ira@grolmanllp.com, G19570@notify.cincompass.com
- **Robert M. Josephs**   robertjosephs2003@yahoo.com, robertjosephs@hotmail.com
- **Samuel S. Kohn**   samuel.kohn@nortonrosefulbright.com
- **Richard A. Oetheimer**   roetheimer@goodwinprocter.com
- **David H. Rich**   drich@toddweld.com
- **Ilyas J. Rona**   ijr@mrdklaw.com, gnc@mrdklaw.com, kae@mrdklaw.com
- **Sigmund J. Roos**   roos@blockroos.com
- **Rachel Smit**   rachel@fairworklaw.com
- **Michael Van Dam**   mvandam@vandamlawllp.com, cmecf@vandamlawllp.com
- **Peter Sabin Willett**   sabin.willett@morganlewis.com, rhonda.yacawych@morganlewis.com

And by regular United States mail, postage prepaid upon the following:

**Robert I. Paterno**
Natale & Wolinetz
116 Oak Street
Glastonbury, CT 06033

**Sigmund J. Ross**
Block & Roos, LLP

10 High Street, No. 905
Boston, MA 02110

**Elizabeth Weller**
Linebarger Goggan Blair & Sampson LLP
2777 N. Stemmons Frwy, Ste 1000
Dallas, TX 75207


Anna Missakiane,
c/o James E. Neyman & Associates
76 Canal Street, Suite 302
Boston MA 02114
And via electronic mail
james@neymanandassociates.com


/s/Gary W. Cruickshank, Esq.